**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No.   14-cv-01793-RBJ

XAO THAO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

### FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable R. Brooke Jackson, United States District Judge, on August 12, 2015,

IT IS ORDERED that the Commissioner's decision is AFFIRMED.

Dated at Denver, Colorado this 12th day of August 2015.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:   s/Deborah Hansen
    Deborah Hansen, Deputy Clerk